# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00184-TWP-DML |
| | ) | |
| KYREE BRICE HARRIS, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## ENTRY FOR JULY 24, 2020
## THE HONORABLE TANYA WALTON PRATT

The Government appeared by Kelsey Massa, Assistant United States Attorney. The Defendant appeared in person and by FCD counsel Dominic Martin. Ryan Sharp appeared on behalf of the United States Probation Office. David Moxley was the Court Reporter. Parties appeared for hearing on U.S. Probation Office's Petition for Summons for Violation of Supervised Release (Dkt. 90) and the U.S. Probation Office's Petition for Summons for Violation of Supervised Release (Dkt. 100).

Charges and rights were reviewed and explained.

Defendant admitted the violations. The Court accepted the admission and found Defendant violated the same.

The Court granted the parties' recommendation and ordered the additional condition as stated: "You shall participate in a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and abide by the rules of the program." The Court also emphasized no more drugs. The Court will take under consideration admittance into the REACH program.

IT IS SO ORDERED.

Date: 7/24/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE
jeffrey.preston@usdoj.gov