UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   1:16-cr-0184-TWP-DML |
| | ) | |
| KYREE BRICE HARRIS, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR DECEMBER 30, 2020**
**HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE**

Parties appear for hearing on the Petitions for Warrant or Summons for Offender Under Supervised Release filed on September 29, and November 19, 2020.   Defendant appeared in person and by FCD counsel Dominic Martin.   Government represented by AUSA Abhishek Kambli for AUSA Jeff Preston.   USPO represented by Ryan Sharp.

Defendant orally waived his right to physically appear for his initial appearance in the courtroom and consented to appear via video teleconference from the Marion County Jail.

Defendant orally waived his right to a preliminary hearing in open court and probable cause was found.

Defendant admitted to violation numbers 1 through 4 and the Court found he violated the same.  *See* Report and Recommendation to District Judge.

Defendant waived his right to have the Revocation Parameter Worksheet read in open court.

Defendant remanded to the custody of the US Marshals pending approval of Report and Recommendation and entry of Judgment Order.

Date: 12/30/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system